# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

150746

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

               SC:  150746
               COA:  322473
               Muskegon CC:  12-061794-FH

JOSHUA LEVI ALGER,
    Defendant-Appellant.

_____/

   By order of May 28, 2015, the prosecuting attorney was directed to answer the application for leave to appeal the December 1, 2014 order of the Court of Appeals.  On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015 _____



            Clerk

p1118